**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LAURAS INTERNATIONAL USA LLP,<br><br>Plaintiff,<br>v.<br><br>SPRAY PRODUCTS CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>No. 1:19-cv-08422<br><br>Hon. Jeffrey T. Gilbert |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

This cause coming to be heard on status, the Court having jurisdiction over the subject matter herein and the parties hereto and being otherwise fully advised in the pleadings and the premises;

IT IS HEREBY ORDERED THAT:

This cause is dismissed with prejudice pursuant to a settlement agreement between the parties with each of the parties bearing its own attorneys' fees.

SO STIPULATED:

/s/ Mitchell S. Chaban
Attorneys for Lauras International USA, LLP
Mitchell S. Chaban, Esq.
Levin Ginsburg
180 N. LaSalle St., Ste. 3200
Chicago, Illinois 60601

/s/ Terence G. Banich
Attorneys for Spray Products Corporation
Terence G. Banich, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661

Date: May 19, 2021

ENTER:

Magistrate Judge Jeffrey T. Gilbert